■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RADESH AUTAR, Also Known as RADESH AUTOR, Appellant. [691 NYS2d 899] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered July 1, 1998, convicting him of conspiracy in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions that the evidence was legally insufficient to support his conviction is unpreserved for appellate review (*see,* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see, People v Berkowitz,* 50 NY2d 333; *People v Sanchez,* 252 AD2d 508). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's claim of entrapment is without merit (*see,* Penal Law § 40.05; *People v Brown,* 82 NY2d 869, 871; *People v Butts,* 72 NY2d 746; *People v Cole,* 224 AD2d 540, 541).

Finally, the defendant's sentence was neither harsh nor excessive (*see, People v Delgado,* 80 NY2d 780; *People v Suitte,* 90 AD2d 80). S. Miller, J. P., Santucci, Thompson and Smith, JJ., concur.